UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL RODRIGUES, o/b/o,<br>    J.P., a minor child<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-09-03023-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 29.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the Stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' Stipulated Motion for Remand **(Ct. Rec. 29)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will hold a *de novo* hearing and issue a new decision in which he shall: assess the severity of claimant's impairments; reassess the medical source opinion evidence and provide legally sufficient reasons for the weight given to each opinion; obtain medical expert testimony if warranted; assess lay witness testimony and, if rejecting the

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

evidence, provide reasons germane to each witness; and comply with the HALLEX procedures concerning ALJ signatures. New medical evidence, if available, shall be considered on remand.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 19**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 8, 2010.

                          S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2