UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL RODRIGUES, o/b/o<br>    J.P., a minor child,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-09-3023-CI<br><br>**JUDGMENT IN A<br>  CIVIL CASE** |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: January 8, 2010

                                          JAMES R. LARSEN<br>
                                          District Court Executive/Clerk

                                          s/ L. Stejskal<br>
                                          Deputy Clerk